Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS LENANE, JR., and Another, as Surviving Executors, etc., of THOMAS LENANE, Deceased, Respondents, v. THE KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS LENANE, JR., and Another, as Surviving Executors, etc., of THOMAS LENANE, Deceased, Respondents, v. THE KANSAS CITY SOUTHERN RAILWAY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ISIDORE SCHEINBERG and Others v. BEATRICE SCHEINBERG, Impleaded, etc.— Motion to dismiss appeal denied, with ten dollars costs, and cross-motion for production of exhibits granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

A. D. BRAHAM & CO., INC., v. ADOLPH H. HOWARD (DORIAN DE MILLO, Appellant).— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ADOLPH H. HOWARD v. AARON D. BRAHAM and Another (DORIAN DE MILLO, Appellant).— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AARON D. BRAHAM v. THE NEW YORK TRUST COMPANY (DORIAN DE MILLO, Appellant).— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE NEW YORK TRUST COMPANY v. AARON D. BRAHAM and Another (DORIAN DE MILLO, Appellant).— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

A. D. BRAHAM & CO., INC., v. ADOLPH H. HOWARD (DORIAN DE MILLO, Appellant). AARON D. BRAHAM v. THE NEW YORK TRUST COMPANY (DORIAN DE MILLO, Appellant). ADOLPH H. HOWARD v. AARON D. BRAHAM and Another (DORIAN DE MILLO, Appellant). THE NEW YORK TRUST COMPANY v. AARON D. BRAHAM and Another (DORIAN DE MILLO, Appellant).— Motion granted, upon condition indicated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS FRIEDFELD v. LOUIS H. SOLOMON.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant complies with terms stated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LOUIS FRIEDFELD v. LOUIS H. SOLOMON.— Motion granted so far as to extend the time within which the record on appeal and appellant's points must be filed to and including November 15, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

REBECCA EISEMAN and Another, as Administratrices, etc., of ABRAHAM AKAVIA, Deceased, v. ANNA POLSTEIN, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.